IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GILDARDO RAMIREZ-MORALES,** | CIV S-04-2365 DFL CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, Warden,** | |
| Respondent. | |

Good cause appearing, it is ordered that the time for filing Respondent's response be extended to and including May 23, 2005.

IT IS SO ORDERED:

Dated: April 26, 2005

    /s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE