BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
BRIAN R. MEANS
Supervising Deputy Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
PAUL E. O'CONNOR
Deputy Attorney General
State Bar No. 170829
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5290
   Fax: (916) 324-2960
   Email: Paul.OConnor@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GILDARDO RAMIREZ-MORALES,** | CIV S-04-2365 DFL CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, Warden,** | |
| Respondent. | |

Good cause appearing, the "*Marsden*" transcripts[1] and the probation report are ordered sealed.

IT IS SO ORDERED:

Dated: June 23, 2005        /s/  **CRAIG M. KELLISON**
                                          Craig M. Kellison
                                          UNITED STATES MAGISTRATE JUDGE

---

1. *People v. Marsden,* 2 Cal.3d 118 (1970). A *Marsden* motion is a motion to substitute counsel.

[Proposed] Order

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order