IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDARDO RAMIREZ-MORALES,<br>　　　　　Petitioner,<br>　　vs.<br>DAVID L. RUNNELS,<br>　　　　　Respondent. | Case No. 2:04-cv-2365 JKS CMK<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On December 6, 2006, the magistrate judge filed findings and recommendations herein, which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Petitioner filed a response entitled "Objections to the Magistrate Judge's Report and Recommendations," but he failed to specifically object to any of the findings and recommendations. Rather, Petitioner resubmitted under new cover the same document filed as his Traverse. *See* Docket No. 16.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed December 6, 2006, are adopted in full;

2. Petitioner's application for writ of habeas corpus is denied;

3. All pending motions are denied as moot; and

4. The Clerk shall enter judgment in favor of the Respondent.

Dated this the 17th day of January 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER